# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN A. MELLQUIST,**

   *Plaintiff*,

v.                                               Case No.: 4:23cv45-MW/MAF

**RICKY DIXON, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections, ECF No. 21. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for Plaintiff's abuse of the judicial process because Plaintiff was not entitled to be granted in forma pauperis status." Plaintiff's pending motions, ECF Nos. 15, 16, and 17, are **DENIED as moot**.

2

The Clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on July 10, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**